UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                      Plaintiff,

Case No.: 21 MAG 4638 (MRG)

**ORDER OF DISMISSAL**

-against-

James M. Eldridge

                      Defendant.

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:    27 day of January, 2022
Poughkeepsie, New York